UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
RANDOLPH S. KOCH,                      )
                                       )
           Plaintiff,                  )
                                       )
      v.                               )      Civil No. 06-0656 (PLF)
                                       )
MARY L. SCHAPIRO                       )
  Chairman, Securities and             )
  Exchange Commission,                 )
                                       )
           Defendant.[1]               )
_____ )

                                    ORDER

        For the reasons explained in the Memorandum Opinion issued this same day, it is

hereby

        ORDERED that defendant's motion for summary judgment [40] is GRANTED

and the Court will enter judgment for the defendant on all claims; and it is

        FURTHER ORDERED that the Clerk of the Court shall remove this case from the

docket of the Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).

        SO ORDERED.


                                    /s/_____
                                    PAUL L. FRIEDMAN
                                    United States District Judge


DATE:  March 23, 2010

---

        [1]     The Court has substituted Chairman Mary Schapiro as defendant in place of
former Chairman Christopher Cox pursuant to Rule 25(d) of the Federal Rules of Civil
Procedure.